UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                        Case No. 1:12-mc-43-SM

<u>Jason A. Dunnell</u>

O R D E R

No objection having been filed, I herewith approve the [6] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 14, 2013. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Jason A. Dunnell is ordered to obey the summons and appear on February 19, 2013, at 9:00 a.m., at the IRS office located at 1000 Elm Street, Manchester, New Hampshire, before Revenue Office Peter M. Lighthall (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of July 17, 2012.

1

I further order that the government be awarded its costs.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date:   February 4, 2013

cc:     T. David Plourde, AUSA
        Jason A. Dunnell, pro se